STEPHEN EUGENE BAYLETT v. IRA JONES, ALFRED N. GRAY, GLAS-
GOW & DAVIS COMPANY, AND WILLIE LEE RADFORD.

(Filed 12 January, 1968.)

APPEAL by defendants Jones and Gray from *Copeland, S.J.,* June
1967 Non-Jury Civil Session of WAKE.

Action for personal injuries.

*Yarborough, Blanchard, Tucker & Yarborough for plaintiff ap-
pellee.*

*Gardner, Connor & Lee for defendant appellants.*

PER CURIAM: The facts pertinent to this appeal are identical
with those stated in the opinion in *Mitchell v. Jones, ante,* p. 499, a
companion case. The decision there controls here.

As to defendant Gray,

Appeal dismissed.

As to defendant Jones,

Affirmed.